**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Dorgan, | ) CASE NO.: 2:23-cv-08075-SVW-AGR |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Our Generation Music, LLC, | ) |
| Defendant. | ) |

Judgment is entered for plaintiff and against defendant, pursuant to the Court's order dated July 1, 2024.

DATE: July 1, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE